for the use of the parties only. Judgment affirmed.

■

Toby **ROBINSON**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. ED 76529.

Missouri Court of Appeals,
Eastern District,
Division One.

March 14, 2000.

■

In the Interest of A.M.W., A Juvenile.

No. ED 76772.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 14, 2000.

William P. Grant, Clayton, for appellant.

Cynthia Harcourt-Hearring, Clayton, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ.

Susan Kister, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

**ORDER**

*ORDER*

PER CURIAM.

This is an appeal from a judgment denying a Rule 29.15 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's judgment is based on findings of fact and conclusions of law that are not clearly erroneous. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).